FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 23, 2025

SEAN F. McAVOY, CLERK

AUSA: CAB

County: Grant

*In re Affidavit in Support of Criminal Complaint as to Jose Martin Sanchez-Cabanillas*

State of Washington    )

                    : ss

County of Grant        )

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Ross Drury, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of a criminal complaint and this issuance of an arrest warrant for Jose Martin SANCHEZ-CABANILLAS for violating 18 U.S.C. §§ 922(g)(5), 924(a)(8), Alien in Possession of a Firearm.

2. I am employed by the Washington Department of Corrections (DOC) as a Corrections Specialist 4 (CS4) assigned to the Alcohol, Tobacco, Firearms, and Explosives (ATF) Task Force and been so employed in this capacity since January 2023. I am a deputized federal law enforcement Task Force Officer (TFO) with the ATF, I am currently assigned to the Spokane Field Office. As an ATF TFO, my duties include the investigation of violations of federal firearms laws. I have five years of State law enforcement experience with DOC. During my law enforcement career, I have made numerous arrests for both state and federal violations. I have participated in numerous investigations involving felonious crimes. As a federal law enforcement TFO with ATF, I have participated in the execution of numerous state and federal search warrants, including searches for evidence related to the illegal possession, manufacturing, and trafficking of firearms, destructive devices, and the possession and distribution of controlled substances.

3. The purpose of this affidavit is limited and therefore does not contain all facts and circumstances known to me or other law enforcement officers about this investigation. All dates and times are intended to be estimates. All opinions expressed are based on my training, experience, and common sense, unless otherwise noted. The events described occurred in the Eastern District of Washington.

Affidavit of TFO Drury (25-MJ-00214-JAG) 1

## INVESTIGATION

4.      On April 22, 2025, Drug Enforcement Administration (DEA) Special Agents, Moses Lake Police Department (MLPD) Officers, Moses Lake Regional Tactical Response Team (TRT) and ATF Special Agents and Task Force Officers executed a federal search warrant at a residence in Warden, Washington stemming from a drug trafficking investigation.  TRT Officers located Jose Martin SANCHEZ-CABANILLAS at that location as the sole occupant of the residence. TRT officers located SANCHEZ-CABANILLAS in the bedroom located in the southeast corner of the building.

5.      During the execution of the search warrant, in the southeast bedroom of the building, DEA located a large gun safe.  In addition to the gun safe, on a dresser in the same room, DEA located, in plain view, a loaded Kimber Stainless LW .45ACP caliber pistol bearing serial number 973428, depicted below:



6.      SANCHEZ-CABANILLAS provided a post-*Miranda* statement and gave the code to a safe in his bedroom.  In the safe, DEA located SANCHEZ-CABANILLAS' Mexico Passport next to a loaded AR-15 style rifle with no readily identifiable markings (depicted below).  This rifle appears to be capable of fully automatic fire.



7.      A United States Border Patrol Agent advised SANCHEZ-CABANILLAS is not lawfully in the United States.

8.      I have consulted with an ATF Interstate Nexus Expert.  The Nexus Expert has

Affidavit of TFO Drury - 2

advised that Kimber firearms are not manufactured in the State of Washington and therefore its presence in Washington affected interstate or foreign commerce.

9.    Based on the foregoing, I submit that there is probable cause to believe that on April 22, 2025, SANCHEZ-CABANILLAS committed the offense of Alien in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(5), 924(a)(8).

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.

Respectfully submitted,

Ross Drury, TFO
Bureau of Alcohol, Tobacco, Firearms, &
Explosives

Sworn to telephonically and signed electronically on this 23rd day of April, 2025.

The Honorable James A. Goeke
United States Magistrate Judge

Affidavit of TFO Drury - 3